■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE DAVIS, Appellant. [814 NYS2d 543]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 3, 1999 (*People v Davis*, 261 AD2d 411 [1999]), affirming a judgment of the County Court, Westchester County, rendered March 24, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Luciano, JJ., concur.